# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand fourteen.

Before:      Susan L. Carney,
                    *Circuit Judge*.

_____

Microsoft Corporation, Microsoft Licensing GP,
    Plaintiff-Counter-Defendant- Appellee,

      v.                                                                                      **ORDER**
                                                                       Docket No. 14-4313

Samsung Electronics Co., Ltd.,
    Defendant-Counter-Claimant- Appellant.

_____

Appellant moves for a stay of the district court proceedings pending resolution of this appeal from the district court's denial of Appellant's motion to compel arbitration. Appellant also moves to expedite this appeal.

IT IS HEREBY ORDERED that the Appellant's motion is REFERRED to a three-judge panel for decision as soon as practicable. To the extent Appellant seeks a temporary stay of the district court proceedings pending action by such panel, that request is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature and Second Circuit seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature and Second Circuit seal]*

**CERTIFIED COPY ISSUED ON 12/2/2014**