S.D.N.Y. - N.Y.C.
14-cv-6039
Rakoff, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand fourteen.

Present:
    Susan L. Carney,
    Christopher F. Droney,
        *Circuit Judges*.*

---

Microsoft Corporation, Microsoft Licensing GP,
        *Plaintiff-Counter-Defendant-Appellee*,

    v.

Samsung Electronics Co., Ltd.,
        *Defendant-Counter-Claimant-Appellant*.

14-4313

---

Appellant moves to stay the district court proceedings pending appeal and to expedite the appeal. Upon due consideration, it is hereby ORDERED that the motion to stay is DENIED because Appellant has not made a strong showing that it is likely to succeed on the merits or that it will suffer irreparable harm absent a stay. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007). It is further ORDERED that the motion to expedite the appeal is GRANTED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk



---

    * Judge Raymond J. Lohier, Jr., has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.