# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of January, two thousand and fifteen.

Before:      Ralph K. Winter,
                *Circuit Judge*.

_____

  Microsoft Corporation, Microsoft Licensing GP,
    Plaintiff-Counter-Defendant-Appellee,

  v.

  Samsung Electronics Co., Ltd.,
    Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 14-4313

     The parties have filed a non-dispositive stipulation to hold this appeal in abeyance until January 30, 2015.

     The stipulation is hereby so ordered.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

